JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAN JOSE MERCURY-NEWS, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.: ED CV 18-145-DMG (KKx)<br><br>**ORDER RE DISMISSAL OF ACTION [15]** |

Based on the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice, as to the named Plaintiff, JESSICA HERNANDEZ, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

DATED: March 22, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE